STATE of Missouri, Plaintiff-Respondent,

v.

Willie Lee WILLIAMS, Defendant-Appellant.

No. 47245.

Missouri Court of Appeals, Eastern District, Division Four.

Oct. 23, 1984.

Michael Radosevich, Asst. Public Defender, Columbia, for defendant-appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM.

This is a direct appeal from a judgment pursuant to jury verdicts convicting appellant of burglary in the second degree (§ 569.170 RSMo.1978) and stealing over $150 (§ 570.030 RSMo.Supp.1982). Sentences were imposed by the court after a finding that the appellant was a persistent offender. (§ 558.016 RSMo.1978).

An extended opinion would serve no jurisprudential purpose. The judgment is affirmed. Rule 30.25(b).